Choate v. Noble.

⸻⸺•◦●◦•⸺

CHOATE, Defendant in Error, v. NOBLE *et al.*, Plaintiffs in
Error.

31  341
33a 315

1. A notice under section 39 of the attachment act (R. C. 1855, p. 250,) is not
   a prerequisite to the maintenance of an action by an officer under section
   41 of that act.  Section 39 is merely directory.

*Error from Newton Circuit Conrt.*

*Edwards & Ewing,* for plaintiffs in error.

I. The court below erred in overruling the demurrer of
the plaintiffs in error, because the defendant in error failed
to comply with the law.   When a receiver is appointed he is
required to give either written or printed notice to the debt-
ors of the defendant.   (R. C. 1855, p. 250, § 39.)   And when
no receiver is appointed, the attaching officer shall have all
the power and perform all the duties of a receiver under this
act.   (R. C. 1855, p. 250, § 41.)

*Ryland & Son,* for defendant in error.

I. The court below properly overruled the defendant's
demurrer, because this action is expressly authorized by the
statute law of our state concerning " attachments."   (R. C.
1855, p. 299, § 37–41.)   The notice required by the thirty-
ninth section to be given by the receiver or by the sheriff is
not a prerequisite to such receiver or sheriff's right to sue,
but is required only to fix the liability upon the persons
indebted from the time of such notice given, in order that
such debtors may not pay their debts to other persons than
such receiver for such sheriff.

NAPTON, Judge, delivered the opinion of the court.

This is a proceeding by the sheriff under the forty-first section of the attachment law. The action is on a note given by the defendants to one Roberts, and attached by certain creditors of Roberts. There was a demurrer to the petition, because the plaintiff does not allege that he had given any notice, written or printed, to the defendants, as required by the thirty-ninth section. The demurrer was overruled, and, we think, rightly. The object of that section is to prevent the debtor from paying over his indebtedness to the attached creditor, and if he does so, without notice or without knowledge of the attachment, he is protected. But this is a matter of defence and not a ground for demurrer. The thirty-ninth section of the act is directory, and if the debtor has not in fact paid any portion of the note sued on to the payee, the notice could be of no use to him. It is not a prerequisite to the maintenance of the action.

Judgment affirmed; Judge Ewing concurs. Judge Scott absent.